**Order entered May 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01128-CV

**THE BOARD OF ADJUSTMENT OF
THE CITY OF UNIVERSITY PARK, TEXAS, Appellant**

**V.**

**LEGACY HILLCREST INVESTMENTS, LTD., Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-15353**

## ORDER

We **GRANT** appellant's May 6, 2014 unopposed second motion for an extension of time

to file a reply brief.  Appellant shall file its reply brief on or before May 29, 2014.

/s/      ADA BROWN
            JUSTICE